

INSTITUTE FOR JUSTICE

August 15, 2013

**Via ECF and First-Class Mail**
Patricia S. Connor, Clerk
c/o Sue Nagle, Case Manager
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

Re: Involvement of Steven MacDonald Simpson in *Central Radio Co., Inc., et al. v. City of Norfolk*, Docket No. 13-1996(L)

To whom it may concern:

    This letter is to inform the United States Court of Appeals for the Fourth Circuit that Steven MacDonald Simpson, who was counsel for Plaintiffs before the United States District Court for the Eastern District of Virginia in the above-captioned matter, shall not be participating in the appeal of said matter before this Court.

    Should you have any questions, please contact me at (703) 682-9320.  Thank you.

Sincerely,

Robert P. Frommer
Attorney

ARLINGTON       AUSTIN       CHICAGO       MIAMI       MINNEAPOLIS       SEATTLE       TEMPE

901 N. Glebe Road, Suite 900  Arlington, VA 22203  (703) 682-9320  (703) 682-9321 Fax
general@ij.org       www.ij.org