FILED: September 5, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1996 (L)
(2:12-cv-00247-AWA-DEM)

_____

CENTRAL RADIO COMPANY INC; ROBERT WILSON; KELLY DICKINSON

    Plaintiffs - Appellants

v.

CITY OF NORFOLK, VIRGINIA

    Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 10/08/2013

Opening brief due: 10/08/2013

Opening/response brief due: 11/12/2013

Response/reply brief due: 12/13/2013

Any reply brief: 14 days from service of response/reply brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk