FILED: July 31, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

Nos. 13-1996; 13-1997
(2:12-cv-00247-AWA-DEM)

_____

CENTRAL RADIO COMPANY INC.; ROBERT WILSON; KELLY DICKINSON,

        Plaintiffs - Appellants,

  v.

CITY OF NORFOLK, VIRGINIA,

        Defendant - Appellee.

_____

O R D E R

_____

The Court directs the parties to file supplemental briefing following the Supreme Court's decision in Reed v. Town of Gilbert, 135 S. Ct. 2218 (2015).

The parties should address the effect of Reed on this case. Also, the parties should indicate their views on whether this Court should:

- retain jurisdiction to decide if the district court properly granted summary judgment, with or without oral argument;

- vacate the district court's decision and remand with instructions to apply Reed based on a supplemented record; or

- offer some other form of relief.

The parties' simultaneous briefs shall not exceed 20 pages and shall be filed in twenty days' time from this order's entry.

Entered at the direction of Judge Gregory, Judge Agee, and Judge Keenan.

                                                    For the Court,

                                                    /s/ Patricia S. Connor, Clerk